**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 25, 2005

NOTICE OF REASSIGNMENT

Re:   Kelley Foods of AL vs. Myers Nissi, et al.
      Civil Action No.  1:04cv1246-B

The above-styled case has been reassigned to District Judge Myron H. Thompson.

Please note that the case number is now 1:04cv1246-T..  This new case number should be used on all future correspondence and pleadings in this action.