*Kelley Foods of Ala.*
*v.*
*Myers Nissi + Co.*

RECEIVED
2005 JAN 14 A 9:37

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

**IN RE APPLICATION FOR ADMISSION**
**PRO HAC VICE OF PAUL D. PALERMO**

**PETITIONER**

**CIVIL CAUSE NO. 1:04cv1246**

## APPLICATION FOR ADMISSION PRO HAC VICE TO BAR OF COURT

**NOW INTO COURT**, in proper person, comes PAUL D. PALERMO, who pursuant to Local Rule 83.1, seeks admission pro hac vice to the bar of this Court, and for support states:

**1.**

Petitioner is one of the attorneys of record for MYERS NISSI & CO., INC., which is a defendant in that certain action styled "Kelley Foods of Alabama, Inc. v. Myers Nissi & Co., Inc., a corporation, d/b/a Verticalsoft," bearing Cause No. 1:04cv1246 in the U.S. District Court for the Middle District of Alabama.

**2.**

Petitioner regularly practices law in the state of Louisiana, especially within the district comprising the United States District Court for the Eastern District of Louisiana, and petitioner is admitted to the bar of the United States District Court for the Eastern District

of Louisiana. Petitioner is in good standing with the bar of the United States District Court for the Eastern District of Louisiana as of the date of this application. A true and correct "Certificate of Good Standing" in the Bar of the United States District Court for the Eastern District of Louisiana is attached hereto as Exhibit 1.

### 3.

Petitioner understands and agrees that in seeking pro hac vice admission to the bar of this Court, he is bound by and subject to this Court's Local Rules, the Alabama Rules of Professional Conduct, the Alabama Standards for Imposing Lawyer Discipline, and, to the extent not inconsistent with the preceding, the American Bar Association Model Rules of Professional Conduct.

**WHEREFORE**, premises considered, Petitioner prays that this Honorable Court will find that Petitioner has met the qualifications for admission pro hac vice to the bar of this Court as set forth in M.D. Local Rule 83.1 and, after due consideration is had, that this Court admit Petitioner to practice pro hac vice before the bar of this Court as an attorney in good standing, with all the attendant duties, rights and responsibilities attendant thereto.

Respectfully submitted,

*/s/ Paul D. Palermo*
**PAUL D. PALERMO** (La. Bar #19725)
Petitioner Pro Se
SPYRIDON, KOCH, PALERMO & DORNAN, L.L.C.
3838 North Causeway Boulevard
Suite 3010, Lakeway Three Center
Metairie, Louisiana 70002
Telephone: (504) 830-7800
Facsimile: (504) 830-7810

AO 136
(Rev. 6/82)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA
EASTERN DISTRICT OF LOUISIANA

I, **LORETTA G. WHYTE**, Clerk of the United States District Court, Eastern District of Louisiana,

DO HEREBY CERTIFY That **Paul D. Palermo** was duly admitted to practice in said Court on **November, 1989**, and is in good standing as a member of the bar of said Court.

Dated at *New Orleans, LA*
on    December 14, 2004

LORETTA G. WHYTE
CLERK

By _(signature)_
Deputy Clerk