IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| KELLY FOODS OF ALABAMA, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. ) 1:04cv1246-T ) |
| MYERS NISSI & COMPANY, INC., etc., | ) ) ) |
| Defendant. | ) |

ORDER

It is ORDERED that the application for admission pro hac vice of Hon. Paul D. Palermo (Doc. No. 4) is granted subject to the following condition: The clerk of the court is DIRECTED to inform the undersigned, within 14 days, if all requirements for pro hac vice appearance have not been met; if all requirements have not been met, then this order will be vacated.

DONE, this the 26th day of January, 2005.

                     /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE