UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2005 JAN 26 A  38

KELLEY FOODS OF ALABAMA, INC.          PLAINTIFF

VERSUS                                  CIVIL CAUSE NO. 1:04cv 1246-B

MYERS NISSI & CO., INC., a corporation,
d/b/a VERTICALSOFT                      DEFENDANT

## CORPORATE DISCLOSURE STATEMENT

**COMES NOW**, MYERS NISSI & CO. INC., a defendant in the above matter, and files this corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 and states:

1.

Myers Nissi & Co., Inc., has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

SPYRIDON, KOCH, PALERMO & DORNAN LLC

GREGG L. SPYRIDON (Ala. Bar. No. 6746-P77G)
JOHN M. HERKE (Ala. Bar No. HER045)
PAUL D. PALERMO (La. Bar No. 19725)
3838 North Causeway Boulevard
Suite 3010, Lakeway Three Center
Metairie, Louisiana 70002
Telephone: 504-830-7800
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 20th day of January, 2005 served a copy of the foregoing pleading on the following known counsel of record to this proceeding by mailing the same by United States mail, properly addressed and postage pre-paid:

Mr. Mark Vaughan
Cannon & Vaughan
Post Office Box 647 Elba, AL 36323
Attorney for Kelley Foods of Alabama, Inc.

_____

H:\M0704001\Pleadings\Federal Court\Corporate Disclosure Statement.wpd