# SPYRIDON, KOCH, PALERMO & DORNAN
LLC | ATTORNEYS AT LAW

 NEW ORLEANS

June 9, 2005

Hon. Delores R. Boyd, District Judge
U.S. District Court, Middle Dist. of AL
P.O. Box 711
Montgomery, AL 36101

    RE:  Kelley Foods of Alabama, Inc. vs. Myers Nissi & Co., Inc.,
           a corporation, d/b/a Verticalsoft
           Civil Cause No.: 1:04cv 1246-B
           Our File No.: M0704-1

Dear Judge Boyd:

    In conformity with the scheduling order entered in this matter, the parties hereby advise the Court that they have engaged in settlement discussions with an eye toward attempting early resolution of this matter. The parties are cognizant of the time and expense involving in litigating this matter to conclusion. However, the parties still strongly disagree in their respective assessments of what the case is worth. Accordingly, no settlement has been reached.

    The parties do believe mediation may be helpful at a later stage of this matter, but they agree that the case is not yet in a posture such that mediation is warranted. Accordingly, the parties request that the Court revisit the viability of mediation after they have had an opportunity to engage in some additional discovery to better assess each others' respective positions.

    Thank you for your time and attention to this matter

    With best regards, we remain

    Sincerely yours,

**PAUL D. PALERMO**
**JOHN M. HERKE**
Attorneys for Defendant
Myers Nissi & Co.

**MARK A. VAUGHAN** (by permission)
Attorney for Plaintiff
Kelley Foods

JHM:nbm
H:\M0704001\Correspondence\Judge ltr 6-9-05.wpd

NEW ORLEANS OFFICE
Three Lakeway Center, Suite 2060
3838 North Causeway Boulevard
Metairie, Louisiana 70002
phone 504 830 7800  fax  504 830 7810

web www.skpd.com

BILOXI OFFICE
771 Water Street
P.O. Box 154
Biloxi, Mississippi 39533
phone 228 374 2013  fax  228 374 3019