UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**KELLEY FOODS OF ALABAMA, INC.**                                    **PLAINTIFF**

**VERSUS**                                        CIVIL CAUSE NO. 1-04cv 1246-B

**MYERS NISSI & CO., INC., a corporation,**
**d/b/a VERTICALSOFT**                                   **DEFENDANT**

## DEFENDANT'S WITNESS LIST

**NOW INTO COURT,** through undersigned counsel, comes defendant, Myers Nissi & Co., Inc., and pursuant to the Court's scheduling order entered in this matter, provides the following list of witnesses who may be called to testify on its behalf at trial:

1. Richard Nissi
   Myers Nissi & Co., Inc.
   5 Pond Park Road, Suite 2
   Hingham, MA 02189

2. Don Tyler
   Myers Nissi & Co., Inc.
   5 Pond Park Road, Suite 2
   Hingham, MA 02189

3. Jim Stoltz
   Myers Nissi & Co., Inc.
   5 Pond Park Road, Suite 2
   Hingham, MA 02189

4. Jack Reynolds
   Myers Nissi & Co., Inc.
   5 Pond Park Road, Suite 2
   Hingham, MA 02189

5.  Edwin Kelley
    Kelley Foods of Alabama, Inc.
    Coffee County Road #404
    Alba, AL 36323

6.  Alex Mount
    Kelley Foods of Alabama, Inc.
    Coffee County Road #404
    Alba, AL 36323

7.  Scott Kelley
    Kelley Foods of Alabama, Inc.
    Coffee County Road #404
    Alba, AL 36323

8.  Any witness listed by any other party

9.  Any witness not listed above who is necessary to rebut the testimony of any witness called by any other party.

Respectfully submitted,

By _____
JOHN M. HERKE (#HER045)
PAUL D. PALERMO T.A. (#19725)
SPYRIDON, KOCH, PALERMO & DORNAN
3838 N. Causeway Blvd.
Three Lakeway Center, Suite 3010
Metairie, Louisiana 70002
Telephone: (504) 830-7800
Facsimile: (504) 830-7810
**Counsel for Myers Nissi & Co., Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been mailed to all parties to this proceeding, by mailing a copy of same to each by First Class United States mail, properly addressed and postage prepaid on this 20th day of _____Oct_____, 2005.

_____

defendants witness list.wpd