IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| KELLEY FOODS OF ALABAMA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:04 - cv-01246- MHT-DRB |
| ) | |
| MYERS NISSI & COMPANY, INC.; a ) corporation d/b/a VERTICALSOFT, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEARANCE

**COMES NOW,** Howard P. Walthall, Esq. of the law firm of Burr & Forman LLP and hereby gives notice of his appearance as additional counsel for Plaintiff Kelley Foods of Alabama, Inc. and requests notification of court filings through the ECF System.

Howard P. Walthall, Jr. (WALT1113)
E-Mail: hpwaltha@burr.com

**OF COUNSEL:**

BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1444514

## CERTIFICATE OF SERVICE

I hereby certify that on the \_\_14th\_\_ day of March, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all properly registered parties and to the extent they are not properly registered with the Court's ECF system, they have been served by directing same to their office addresses via first-class, United States mail, postage prepaid:

> John Michael Herke
> Paul Darren Palermo
> Spyridon Koch Palermo & Dornan
> Three Lakeway Center, Suite 3010
> 3838 North Causeway Boluveard
> Metairie, LA 70002

_____
OF COUNSEL