IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| KELLY FOODS OF ALABAMA, INC., ) ) ) Plaintiff, ) ) ) CIVIL ACTION NO. v. ) 1:04cv1246-MHT ) MYERS NISSI & COMPANY, ) INC., etc., ) ) Defendant. ) | |

ORDER

It is ORDERED that defendant's motion for summary judgment, alternative motion for involuntary dismissal, and alternative motion to exclude testimony and evidence (Doc. No. 14) are set for submission, without oral argument, on April 7, 2006, with plaintiff's brief and evidentiary materials due by said date.

DONE, this the 22nd day of March, 2006.

                     /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE