IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| KELLY FOODS OF ALABAMA, INC., ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. |
| v. ) ) | 1:04cv1246-MHT |
| MYERS NISSI & COMPANY, INC., etc., ) ) ) | |
| Defendant. ) | |

ORDER

It is ORDERED that the motion for permission to file reply (doc. no. 17) is granted.

DONE, this the 27th day of April, 2006.

　　　　　　　　　　　　　　  /s/ Myron H. Thompson  
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**