IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| KELLEY FOODS OF ALABAMA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MYERS NISSI & COMPANY, INC.; a ) <br> corporation d/b/a VERTICALSOFT, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 1:04 - cv-01246-MHT-DRB |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Pursuant to Section 3 of the Court's March 4, 2005, Uniform Scheduling Order, the Plaintiff hereby informs the Court that the parties' counsel conducted a face-to-face settlement conference on May 25, 2006, at which counsel engaged in good faith settlement negotiations. A settlement could not be reached at this time, although settlement discussions are continuing. Plaintiff believes that mediation will be helpful in resolving this case, but the undersigned understand that defendant believes that mediation will not be helpful.

Respectfully submitted,

/s/ Howard P. Walthall Jr.
Howard P. Walthall, Jr. (WALT1113)
E-Mail: hpwaltha@burr.com
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

/s/ Mark Vaughan
Mark Vaughan
mvaughan@cannon-vaughan.com
CANNON & VAUGHAN
415 West David Street

1470529 v3

P.O. Box 647
Elba, Alabama 36323
Telephone: (334) 897-3413
Facsimile: (334) 897-3415

Attorneys for Plaintiffs
Kelley Foods of Alabama, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that on June 5, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all properly registered parties and to the extent they are not properly registered with the Court's ECF system, they have been served by directing same to their office addresses via first-class, United States mail, postage prepaid:

John Michael Herke
Paul Darren Palermo
Spyridon Koch Palermo & Dornan
Three Lakeway Center, Suite 3010
3838 North Causeway Boluveard
Metairie, LA  70002G.

/s/ Howard P. Walthall Jr.
Howard P. Walthall Jr.