```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


KELLY FOODS OF ALABAMA,     )
INC.,                       )
                            )
     Plaintiff,             )
                            )  CIVIL ACTION NO.
     v.                     )   1:04cv1246-MHT
                            )
MYERS NISSI & COMPANY,      )
INC., etc.,                 )
                            )
     Defendant.             )
```

                            ORDER

It is ORDERED that the motion to withdraw (doc. no. 25) is granted.

DONE, this the 8th day of August, 2006.


                         /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE