UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KELLEY FOODS OF ALABAMA, INC.<br>  PLAINTIFF | * |
| | * |
| VERSUS | CIVIL CAUSE NO. 1:04cv 1246-B |
| | * |
| MYERS NISSI & CO., INC., a corporation,<br>d/b/a VERTICALSOFT<br>  DEFENDANT | * |
| | * |

### **DEFENDANT'S NOTICE OF POTENTIAL CONFLICT IN TRIAL SETTINGS**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Myers Nissi & Co., Inc., and gives notice to this Honorable Court of a potential conflict in trial settings in the above captioned matter. Specifically, this matter is set for trial on September 11, 2006 in Dothan, Alabama. Counsel for the defendant has another trial setting in the Circuit Court of Jefferson Davis County, Mississippi in Ann Bass, as administratix of the Estate of Rosie L. Drummond and on behalf of Carsi Stubbs and all other heirs of Rosie L. Drummond vs. Prentiss Regional Hospital & ECF, Ameris Health Systems, LLC and John Does 1 through 5, No. 2002-54 the following day, September 12, 2006. Moreover, trial counsel in both matters is Paul D. Palermo, Esq. A true and correct copy of the Agreed Scheduling Order and Trial Setting in the potential conflicting Mississippi matter is attached hereto as Exhibit "A". The parties agreed to a trial date in January, 2006, and the agreed scheduling order and trial setting document was submitted to the court on January 13, 2006. A true and correct copy of the transmittal is attached hereto as Exhibit "B". Because the court sits in multiple counties, however, the order simply was not entered until march 1,2006, due to the court's schedule with regard to Jefferson Davis County, Mississippi.

Undersigned submits that all due diligence has been engaged to attempt settlement of both matters; however, as of the date of filing this notice, settlement in either matter appears highly unlikely. Accordingly, undersigned counsel requests such relief as may be afforded by the court, including but not limited to provision by the court of a "date certain" for trial of the instant matter during the trial term commencing September 11, 2006, which does not conflict with the trial setting in the Mississippi matter.

        Respectfully submitted:

/s/ John M. Herke
JOHN M. HERKE (Ala. Bar No. HER045)
PAUL D. PALERMO (La. Bar No. 19725)
Spyridon, Palermo & Dornan, L.L.C.
Three Lakeway Center, Suite 3010
3838 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: 504-830-7800
Facsimile: 504-830-7810
**Counsel for Myers Nissi & Co., Inc.**

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that I have on this 18th day of August, 2006 served a copy of the foregoing pleading on the following:

| | |
|---|---|
| Mark Vaughan | Howard P. Walthall, Jr. |
| Cannon, Vaughn & Malloy | Burr & Forman, LLP |
| Post Office Box 647 | 3100 Wachovia Tower |
| Elba, AL 36323 | 420 North 20th Street |
| Telephone: (334) 897-3413 | Birmingham, AL 35203 |
| Facsimile: (334) 897-3415 | Telephone: (205) 251-3000 |
| mvaughan@cannon- | Facsimile: (205) 458-5100 |

by facsimile and/or by mailing same via United States Mail, properly addressed and postage pre-paid and/or email.

                 /s/ John M. Herke

H:\M0704001\Pleadings\Federal Court\notice of potential conflict in trial setting.wpd

FT58

IN THE CIRCUIT COURT OF JEFFERSON DAVIS COUNTY, MISSISSIPPI

ANN BASS, as administratrix of the
Estate of ROSIE L. DRUMMOND and on behalf of
CARSI STUBBS and all other heirs of ROSIE L.
DRUMMOND                                                              **PLAINTIFFS**

v.                                                                    CASE NO. 2002-54

PRENTISS REGIONAL HOSPITAL & ECF,
AMERIS HEALTH SYSTEMS, LLC,
and JOHN DOES 1 THROUGH 5                                             **DEFENDANTS**

## AGREED SCHEDULING ORDER & TRIAL SETTING

This cause came on for hearing on the motion of Defendants for a continuance or for the striking of Plaintiffs' designation of James Henry as an expert witness, including his affidavit already filed with the Court. Plaintiffs have likewise moved for a continuance, a motion unopposed by Defendants. This Court finds that a continuance and revised scheduling order will best serve the interests of justice, as follows:

(1) The trial of this cause is continued to September 12, 2006, at 9:00 a.m., at the Jefferson Davis Courthouse, Prentiss, Mississippi.

(2) The following schedule shall be followed by the parties:

(a) Friday, March 17, 2006—deadline for Plaintiff's designation of additional expert witnesses. Plaintiff shall make available for deposition any expert witnesses not previously deposed before the date of this Order no later than Friday, April 28, 2006.

(b) Friday, May 26, 2006—deadline for Defendants' designations of additional expert witnesses. Defendants shall make available for deposition any expert witnesses not previously deposed before the date of this Order no later than Friday, June 30, 2006.

EXHIBIT A

(c) Monday, July 31, 2006—deadline for service of all pre-trial motions other than motions in limine. Service upon the parties shall include service by electronic mail or facsimile for the convenience of the parties. This date shall also be the deadline for discovery in this matter, including any depositions of fact or expert witnesses. No written discovery requests shall be served less than 30 days before this date.

(d) Monday, August 14, 2006—deadline for service of all memoranda of law in response to all pre-trial motions other than motions in limine. Service upon the parties shall include service by electronic mail or facsimile for the convenience of the parties.

(e) Monday, August 21, 2006—deadline for service of all memoranda of law in rebuttal to all response memoranda of law other than memoranda of law pertaining to motions in limine. Service upon the parties shall include service by electronic mail or facsimile for the convenience of the parties.

(f) Monday, August 28, 2006—deadline for motions in limine to be filed.

And this Court, finding that the above deadlines will serve the interests of justice and support a fair and just resolution of this cause, ORDERS that the above deadlines shall be, and hereby are, implemented, as recited above, and that none of the above deadlines shall be changed except by mutual agreement of the parties or by order of this Court. Defendants' motion to strike James Henry's designation and affidavit is DENIED.

SO ORDERED, this the _1_ day of _March_, 2006.

_____
CIRCUIT JUDGE

760

Prepared & Submitted by:

Thomas L. Kirkland, Jr., Esq. (MSB # 4181)
Andy Lowry, Esq. (MSB # 100782)
COPELAND, COOK, TAYLOR & BUSH, PA
200 Concourse, Suite 200
1062 Highland Colony Parkway
Post Office Box 6020
Ridgeland, Mississippi 39158-6020
Telephone:    601.856.7200
Facsimile:    601.856.8242

Approved as to Form and Content:

Paul D. Palermo, Esq.
John M. Herke, Esq.
SPYRIDON KOCH PALERMO & DORNAN, LLC
445 North Sixth Street
Baton Rouge, Louisiana 70802
Counsel for Plaintiff

Richard O. Burson, Esq.
Ryan Mitchell, Esq.
FERRIS BURSON, ENTREKIN & FOLLIS, PLLC
1107 West Sixth Street
Post Office Drawer 1289
Laurel, Mississippi 39441-1289
Counsel for Prentiss Reg'l Hosp. & ECF, Inc.



CERTIFIED TRUE COPY
This 17th day of August 2006
Jan L. Langley, Circuit Clerk
Jefferson Davis County, Mississippi
By _____ D.C.
Min. Book 51    Page 758-760

# COPELAND, COOK, TAYLOR & BUSH

A PROFESSIONAL ASSOCIATION

ATTORNEYS AT LAW

| | | |
|---|---|---|
| CHARLES G. COPELAND<br>THOMAS A. COOK<br>GLENN GATES TAYLOR<br>C. GLEN BUSH<br>J. LERAY McNAMARA<br>THOMAS L. KIRKLAND, JR.<br>JAMES R. MOORE, JR.<br>J. TUCKER MITCHELL<br>ROBERT P. THOMPSON<br>THOMAS C. LACEY, JR.<br>MICHAEL W. BAXTER<br>C. TED SANDERSON, JR.<br>MONTE L. BARTON, JR.<br>W. SHAN THOMPSON<br>C. DALE SHEARER<br>JEFFERSON P. W. SKELTON<br>LEE HOWELL<br>J. WADE SWEAT<br>JULIE BOWMAN MITCHELL<br>D. JAMES BLACKWOOD, JR.<br>DALE G. RUSSELL<br>BRUCE McKINLEY<br>JANET G. ARNOLD<br>ROBERT C. RICHARDSON<br>PATRICIA E. HERLIHY<br>RANDALL E. DAY III<br>SAMUEL S. GOZA<br>MICHELLE C. PARTRIDGE<br>WILLIAM O. BROWN, JR. | MAILING ADDRESS<br>POST OFFICE BOX 6020<br>RIDGELAND, MS 39158<br><br>TELEPHONE (601) 856-7200<br>FACSIMILE (601) 856-7626<br>www.cctb.com<br><br>200 CONCOURSE, SUITE 200<br>1062 HIGHLAND COLONY PARKWAY<br>RIDGELAND, MISSISSIPPI 39157 | RHONDA LEA McCULLOUGH<br>FRANK JOHN KOLB IV<br>WILLIAM B. STEWART<br>REBECCA BLUNDEN<br>J. MICHAEL COLEMAN<br>ABIGAIL M. MARBURY<br>WALKER R. GIBSON<br>L. MICHELE McCAIN<br>CARYN L. ANLAGE<br>KAREN L. GUNN<br>LORI JORDAN GRAHAM<br>ROY A. NOWELL, JR.<br>B. WADE SMITH<br>ANDY LOWRY<br>JAMES A. NORRIS III<br>CHRISTY M. SPARKS<br>ELLEN PATTON<br>BRADLEY E. DEAN<br>BARRY D. HASSELL<br>ALLISON C. SIMPSON<br>P. VANCE DALY<br>MARISA C. ATKINSON<br>PHILIP J. CHAPMAN<br>STEPHANIE EDGAR<br>STEPHANIE B. WOOD<br><br>OF COUNSEL<br>ROBERT L. GOZA<br>RONNIE MUSGROVE |

January 13, 2006

*Via United States Mail*

The Honorable Michael R. Eubanks
Jefferson Davis Circuit Court
Post Office Box 488
Purvis, Mississippi 39475

Re:   *Bass v. Prentiss Regional Hospital & ECF*, No. 2002-54

Dear Judge Eubanks:

Enclosed is a copy of the signed *Agreed Scheduling Order* in the above-styled case. We had attached an unsigned copy to the pending *Motion to Continue or Strike* which we filed on behalf of Ameris Health Systems, LLC.

Thank you. Please do not hesitate to contact us with any questions or concerns.

Sincerely yours,

COPELAND, COOK, TAYLOR & BUSH, P.A.

Andy Lowry



Enclosure
cc:   Paul Palermo, Esq. *(w/ enclosure)*
      Ryan Mitchell, Esq. *(w/ enclosure)*