IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| KELLY FOODS OF ALABAMA, INC., ) ) ) | |
| Plaintiff, ) ) ) | CIVIL ACTION NO. |
| v. ) ) ) | 1:04cv1246-MHT |
| MYERS NISSI & COMPANY, INC., etc., ) ) ) | |
| Defendant. ) | |

### ORDER

It is ORDERED that the motions in limine (doc. nos. 32, 34, 36, & 38) are set for submission, without oral argument, on September 5, 2006, with all briefs due by said date.

DONE, this the 31st day of August, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE