IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KELLEY FOODS OF ALABAMA, INC. | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. |
| | ) | |
| v. | ) | 1:04-cv-01246-MHT |
| | ) | |
| MYERS NISSI & COMPANY, INC.; a | ) | |
| corporation d/b/a VERTICALSOFT, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ON MOTION

For good cause stated therein, it is **ORDERED** that the the *Joint Motion to Continue Mediation* (Doc. 45, filed September 5, 2006) is **GRANTED**.

Accordingly, the scheduled **mediation** at 1:00 p.m. on September 7, 2006 is **re-set to November 2, 2006, at 1:00 p.m.**, before the undersigned Magistrate Judge in District Courtroom 4A. Confidential mediation statements shall be submitted – pursuant to previously filed instructions – not later than October 30, 2006.

DONE THIS 6TH DAY OF SEPTEMBER, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE