IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KELLY FOODS OF ALABAMA, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. ) 2:04cv1246-MHT ) |
| MYERS NISSI & COMPANY, INC., etc., | ) ) ) |
| Defendant. | ) |

ORDER

It is ORDERED as follows:

(1) The motion to continue (doc. no. 43) is granted.

(2) The trial and jury selection are continued to February 26, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

(3) This case is moved from the Southern Division to the Northern Division of the Middle District of

Alabama, with the result that the jury will come from the Northern Division. Counsel orally informed the court that all parties agree to this change.

(4) The parties are allowed until February 14, 2007, to file their pretrial briefs, proposed jury selection questions, and proposed voir dire.

(5) The motions in limine (doc. nos. 32, 34, 36, & 38) are denied with leave to renew on February 5, 2007.

DONE, this the 12th day of September, 2006.

                                       /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE