IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KELLY FOODS OF ALABAMA, INC., ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. |
| v. ) ) | 2:04cv1246-MHT |
| MYERS NISSI & COMPANY, INC., etc., ) ) ) | |
| Defendant. ) | |

### ORDER

It is ORDERED that the motion in limine (doc. no. 48) is set for submission, without oral argument, on February 21, 2007, with all briefs due by said date.

DONE, this the 8th day of February, 2007.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE