IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KELLY FOODS OF ALABAMA,    )
INC.,                      )
                           )
    Plaintiff,             )
                           )  CIVIL ACTION NO.
    v.                     )   2:04cv1246-MHT
                           )
MYERS NISSI & COMPANY,     )
INC., etc.,                )
                           )
    Defendant.             )
```

ORDER

Because of a scheduling conflict, it is ORDERED that the jury selection and trial of this case are reset for March 1, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 8th day of February, 2007.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE